LAW OFFICE OF SEYMOUR WASSERSTRUM
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

IN RE: **Merdis E. Hill**     Case No: **22-14482/ABA**
    Chapter: 13

**NOTICE OF AMENDMENT TO SCHEDULE D, E/F, G OR H OR LIST OF CREDITORS**

TAKE NOTICE:

1. The debtor, **Merdis E. Hill**, filed a bankruptcy petition on **June 6, 2022**.
2. The first meeting of creditors was scheduled for **July 14, 2022,** at 9:00 a.m. Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the Trustee appointed to the case for access or call-in information.
3. The Confirmation of the Chapter 13 Plan was/is schedule for **September 28, 2022.**
4. A proof of claim may need to be filed prior to **August 15, 2022**.
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors is enclosed.
7. The deadline to file a complaint objecting to Discharge of the Debtor or to determine dischargeability of Debt is **September 12, 2022**.
8. A copy of the amended schedule is enclosed.
9. A copy of the Chapter 13 Plan is enclosed.

Dated:  September 7, 2022                    Law Office of Seymour Wasserstrum

                            /s/ Seymour Wasserstrum, Esq
                            By: Seymour Wasserstrum, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>**Merdis E. Hill** | Case No.: **22-14482**<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: **9/28/2022**<br><br>Judge: **ABA** |

## CERTIFICATION OF SERVICE

1. I, <u>Llaylin Hernandez-Perez</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>September 7, 2022</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors; Amended Schedule D, E/F, G or H or List of Creditors; Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>September 7, 2022</u>                                             /s/ Llaylin Hernandez-Perez
                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Rocket Mortgage, LLC<br>1050 Woodward Avenue<br>Detroit MI 48226-0000<br><br>Service Finance<br>555 South Federal Highway<br>Suite 200<br>Boca Raton FL 33432-0000<br><br>Gloucester Township Tax Office<br>PO Box 8<br>Blackwood NJ 08012-0000<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>Internal Revenue Service<br>Po Box 725 Special Procedures Function<br>Springfield, NJ 07081<br><br>Office Of Attorney General<br>25 Market Street, PO Box 112<br>Richard J Hughes Justice Complex<br>Trenton NJ 08625-0112<br><br>State Of New Jersey<br>P.O. Box 445<br>Department Of Treasury<br>Trenton NJ 08695-0000<br><br>Absolute Resolutions Investments<br>8000 Norman Center Dr.<br>Suite 350<br>Minneapolis MN 55437-0000 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Capital One<br>PO BOX 6492<br>Carol Stream IL 60197-6492<br><br>Capital One Bank USA, N.A.<br>PO Box 31293<br>Salt Lake City UT 84130-0000<br><br>Discover Bank<br>PO BOX 15316<br>ATTN: CMS/PROD DEVELOP<br>Wilmington DE 19850-0000<br><br>JPMCB - CARD SERVICES<br>301 N WALNUT ST FL 09<br>Wilmington DE 19801-0000<br><br>Midland Credit Management<br>350 Camino Del La Reina Suite 100<br>San Diego CA 92108-0000<br><br>PNC Bank, NA<br>PO BOX 5580<br>Cleveland OH 44101-0000<br><br>Ragan & Ragan<br>3100 Route 138 West<br>c/o DNF Associates, LLC<br>Belmar NJ 07719-0000<br><br>SYNCB/CAR CARE PEP BOYS<br>PO Box 965036<br>Orlando FL 32896-0000 | | |

*rev.8/1/16*