Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.:  22−14482−ABA
                         Chapter:  13
                         Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Merdis E. Hill
   aka Merdis Emille Hill
   38 Dickerson Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2550

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 13, 2022.

Dated: October 13, 2022
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14482-ABA |
| Merdis E. Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Merdis E. Hill, 38 Dickerson Dr., Sicklerville, NJ 08081-2401 |
| 519630955 | + | Fourth Capital Bank, Service Finance Co. LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 519646363 | + | Gloucester Township Tax Office, PO Box 8, Blackwood, NJ 08012-0008 |
| 519630953 | + | Ragan & Ragan, 3100 Route 138 West, c/o DNF Associates, LLC, Belmar, NJ 07719-9020 |
| 519630956 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519630942 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 13 2022 20:52:00 | Absolute Resolutions Investments, 8000 Norman Center Dr., Suite 350, Minneapolis, MN 55437 |
| 519639311 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 13 2022 20:52:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519630943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 20:55:13 | Capital One, PO BOX 6492, Carol Stream, IL 60197-6492 |
| 519645899 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 21:05:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519630944 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 20:55:20 | Capital One Bank USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519630945 | | Email/Text: mrdiscen@discover.com | Oct 13 2022 20:52:00 | Discover Bank, PO BOX 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850 |
| 519638930 | | Email/Text: mrdiscen@discover.com | Oct 13 2022 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519630948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 20:52:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519630949 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:18 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FL 09, Wilmington, DE 19801 |
| 519630950 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 20:53:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519630951 | ^ | MEBN | Oct 13 2022 20:46:45 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519664560 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2022 20:52:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519630952 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2022 20:52:00 | PNC Bank, NA, PO BOX 5580, Cleveland, OH 44101 |
| 519630954 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 13 2022 20:53:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519644337 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 13 2022 20:53:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519630957 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:19 | SYNCB/CAR CARE PEP BOYS, PO Box 965036, Orlando, FL 32896-5036 |
| 519677010 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519632355 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519630946 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519630947 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Merdis E. Hill mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 13, 2022 | Form ID: plncf13 | Total Noticed: 25

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4