Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-14482 (ABA)

Merdis E. Hill  
38 Dickerson Dr.  
Sicklerville, NJ  08081

Monthly Payment: $250.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2023 | $250.00 | 02/22/2023 | $250.00 | 03/20/2023 | $250.00 | 04/18/2023 | $250.00 |
| 05/18/2023 | $250.00 | 06/14/2023 | $250.00 | 07/18/2023 | $250.00 | 08/18/2023 | $250.00 |
| 09/18/2023 | $250.00 | 10/17/2023 | $250.00 | 11/17/2023 | $250.00 | 12/18/2023 | $250.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MERDIS E. HILL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,788.00 | $3,788.00 | $0.00 | $2,644.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS | 33 | $1,660.64 | $0.00 | $1,660.64 | $0.00 |
| 2 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $5,052.45 | $0.00 | $5,052.45 | $0.00 |
| 4 | DISCOVER BANK | 33 | $14,395.75 | $0.00 | $14,395.75 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMCB - CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK, N.A. | 33 | $2,211.39 | $0.00 | $2,211.39 | $0.00 |
| 12 | RAGAN & RAGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $1,290.99 | $70.50 | $1,220.49 | $70.50 |
| 14 | SYNCHRONY BANK | 33 | $126.16 | $0.00 | $126.16 | $0.00 |
| 15 | SERVICE FINANCE COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 60.00 | $250.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,000.00 |
| Total paid to creditors this period: | $2,714.50 |
| Undistributed Funds on Hand: | $226.00 |
| Arrearages: | $250.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**