UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Merdis E. Hill

Case No.: 22-14482 ABA
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

__Merdis E. Hill__, __debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 401 Market Street
Camden, New Jersey 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg__ on __August 12, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, 4th Floor, Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1366 Kaighn Avenue
Camden, New Jersey

Proposed Purchaser: Hall of Fame Home Buyers, LLC

Sale price: $125,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Seymour Wasserstrum

Address: 205 W. Landis Avenue, Vineland, New Jeresy 08360

Telephone No.: 856-696-8300

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14482-ABA |
| Merdis E. Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: pdf905 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Merdis E. Hill, 38 Dickerson Dr., Sicklerville, NJ 08081-2401 |
| 519630955 | + | Fourth Capital Bank, Service Finance Co. LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 519646363 | + | Gloucester Township Tax Office, PO Box 8, Blackwood, NJ 08012-0008 |
| 519630956 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2025 20:55:32 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519630942 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 16 2025 20:46:00 | Absolute Resolutions Investments, 8000 Norman Center Dr., Suite 350, Minneapolis, MN 55437 |
| 519639311 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 16 2025 20:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519630943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2025 20:55:13 | Capital One, PO BOX 6492, Carol Stream, IL 60197-6492 |
| 519645899 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2025 20:55:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519630944 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2025 20:55:11 | Capital One Bank USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519630945 | | Email/Text: mrdiscen@discover.com | Jul 16 2025 20:46:00 | Discover Bank, PO BOX 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850 |
| 519638930 | | Email/Text: mrdiscen@discover.com | Jul 16 2025 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519630948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2025 20:47:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519630949 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2025 20:55:30 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FL 09, Wilmington, DE 19801-3971 |
| 519630950 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2025 20:47:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519630951 | ^ | MEBN | Jul 16 2025 20:43:50 | Office Of Attorney General, 25 Market Street, PO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519664560 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2025 20:46:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519630952 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2025 20:46:00 | PNC Bank, NA, PO BOX 5580, Cleveland, OH 44101 |
| 519630953 | ^ | MEBN | Jul 16 2025 20:45:18 | Ragan & Ragan, 3100 Route 138 West, c/o DNF Associates, LLC, Belmar, NJ 07719-9020 |
| 519630954 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 20:47:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519644337 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 20:47:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519630957 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2025 20:55:12 | SYNCB/CAR CARE PEP BOYS, PO Box 965036, Orlando, FL 32896-5036 |
| 519632355 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2025 20:55:12 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519630946 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519630947 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519677010 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Merdis E. Hill mylawyer7@aol.com ecf@seymourlaw.net;seymourwasserstrumparalegal@ecf.courtdrive.com;r47769@notify.bestcase.com |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4