| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>Attorneys at Law<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>(856) 696-8300<br>Attorneys for Debtor(s) | Order Filed on September 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Merdis Hill | Case No.:  22-14482 ABA<br>Chapter:  13<br>Judge:  ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 16, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Seymour Wasserstrum_____, the applicant, is allowed a fee of $ _____750.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____750.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*