| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Merdis E. Hill | Case No.: | 22-14482 |
| | Chapter: | 13 |
| | Judge: | ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Merdis E. Hill , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-4-25                    /s/ Merdis E Hill
                                 Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*