**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Merdis E. Hill** | Social Security number or ITIN  xxx–xx–2550 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–14482–ABA | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Merdis E. Hill
    aka Merdis Emille Hill

11/14/25                                                                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-14482-ABA
Merdis E. Hill  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Nov 14, 2025     Form ID: 3180W     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Merdis E. Hill, 38 Dickerson Dr., Sicklerville, NJ 08081-2401 |
| 519630955 | + | Fourth Capital Bank, Service Finance Co. LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 519646363 | + | Gloucester Township Tax Office, PO Box 8, Blackwood, NJ 08012-0008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2025 23:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2025 23:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Nov 15 2025 03:55:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519630942 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 14 2025 23:04:00 | Absolute Resolutions Investments, 8000 Norman Center Dr., Suite 350, Minneapolis, MN 55437 |
| 519639311 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 14 2025 23:04:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519630943 | | EDI: CAPITALONE.COM | Nov 15 2025 03:55:00 | Capital One, PO BOX 6492, Carol Stream, IL 60197-6492 |
| 519645899 | + | EDI: AIS.COM | Nov 15 2025 04:01:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519630944 | + | EDI: CAPITALONE.COM | Nov 15 2025 03:55:00 | Capital One Bank USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519630945 | | EDI: DISCOVER | Nov 15 2025 03:55:00 | Discover Bank, PO BOX 15316, ATTN: CMS/PROD DEVELOP, Wilmington, DE 19850 |
| 519638930 | | EDI: DISCOVER | Nov 15 2025 03:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519630948 | | EDI: IRS.COM | Nov 15 2025 03:55:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519630949 | + | EDI: JPMORGANCHASE | Nov 15 2025 03:55:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FL 09, Wilmington, DE 19801-3971 |
| 519630950 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 23:05:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519630951 | ^ | MEBN | Nov 14 2025 23:02:05 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trenton, NJ 08625-0112 |
| 519664560 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 23:04:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519630952 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 23:04:00 | PNC Bank, NA, PO BOX 5580, Cleveland, OH 44101 |
| 519630953 | ^ | MEBN | Nov 14 2025 23:02:45 | Ragan & Ragan, 3100 Route 138 West, c/o DNF Associates, LLC, Belmar, NJ 07719-9020 |
| 519630954 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 23:05:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519644337 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 23:05:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519630956 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 14 2025 23:05:00 | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695 |
| 519630957 | + | EDI: SYNC | Nov 15 2025 03:55:00 | SYNCB/CAR CARE PEP BOYS, PO Box 965036, Orlando, FL 32896-5036 |
| 519632355 | + | EDI: AIS.COM | Nov 15 2025 04:01:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519630946 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519630947 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519677010 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 14, 2025 | Form ID: 3180W | Total Noticed: 25

         on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com

Seymour Wasserstrum
         on behalf of Debtor Merdis E. Hill mylawyer7@aol.com
         ecf@seymourlaw.net;seymourwasserstrumparalegal@ecf.courtdrive.com;r47769@notify.bestcase.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5