Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                Case No.:  22–14482–ABA
                                Chapter:  13
                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Merdis E. Hill
   aka Merdis Emille Hill
   38 Dickerson Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–2550

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 16, 2025</u>                <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court